United States District Court
Southern District of Texas
**ENTERED**
November 23, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| I.M.B.A., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-7618 |
| | § | |
| Markwayne Mullin, *et. al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |
| | § | |

**ORDER**

Pursuant to Plaintiffs' Notice of Voluntary Dismissal without Prejudice filed on November 19, 2026, the above referenced case is hereby dismissed without prejudice as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The Clerk shall send a true copy to all counsel of record.

SIGNED at Houston, Texas, on this 20 day of November, 2026.

DAVID HITTNER
United States District Judge